IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:04-CR-2 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| JEFFREY O. SPENCE, ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and VANGUARD GROUP:

A judgment was entered on September 1, 2004, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Jeffrey O. Spence, whose last known address is Indian Trail, North Carolina, 28079, in the sum of $108,173.00. The balance on the account as of August 5, 2008 is $87,515.20.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Vanguard Group is commanded to **turn over property** in which the defendant, Jeffrey O. Spence, has a substantial nonexempt interest, the said property being funds located in Vanguard Group accounts including, but not limited to, account number XXXXXXX4156 in the name of Jeffrey O. Spence, at the following address: Vanguard Group, c/o Vanguard Group Legal Department, V26, 400 Devon Park Drive, Wayne, Pennsylvania 19087, Attention: Jovonne Williams.

Signed: August 6, 2008

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court