IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:04-CR-2 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| JEFFREY O. SPENCE, ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and JANUS:

A judgment was entered on September 1, 2004, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Jeffrey O. Spence, whose last known address is Indian Trail, North Carolina, 28079, in the sum of $108,173.00. The balance on the account as of August 5, 2008 is $87,515.20.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Janus is commanded to **turn over property** in which the defendant, Jeffrey O. Spence, has a substantial nonexempt interest, the said property being funds located in Janus accounts including, but not limited to, account number XXXXX6353 in the name of Jeffrey O. Spence, at the following address: Janus, c/o Janus Legal Department, 151 Detroit Street, Denver, CO 80206, (303) 316-5652, Attention: Charles Fleming.

Signed: August 6, 2008

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court