IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:04-CR-2 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| JEFFREY O. SPENCE, | ) | |

**AMENDED WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and AMERICAN CENTURY INVESTMENTS:

A judgment was entered on September 1, 2004, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Jeffrey O. Spence, whose last known address is Indian Trail, North Carolina, 28079, in the sum of $108,173.00. The balance on the account as of August 5, 2008 is $87,515.20.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and American Century Investments is commanded to **turn over property** in which the defendant, Jeffrey O. Spence, has a substantial nonexempt interest, the said property being funds located in American Century Investments accounts including, but not limited to, account number XXX-XXXXX4144 in the name of Jeffrey O. Spence, at the following address: American Century Investments, c/o American Century Investments Legal Department, 430 West 7th Street, Kansas City, MO 64105.

Signed: August 6, 2008

Frank G. Johns, Clerk
United States District Court