IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 3:04CR002 |
| ) | (Financial Litigation Unit) |
| JEFFREY O. SPENCE, ) | |
| Defendant. ) | |

## DISMISSAL OF WRIT OF EXECUTION

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment as to Vanguard Group filed in this case on August 8, 2008, against the defendant Jeffrey O. Spence is DISMISSED.

Signed: September 4, 2008

Graham C. Mullen
United States District Judge